

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-20-00006-CV

**IN RE** Robert David **PEOPLES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On January 3, 2020, relator filed a petition for writ of mandamus and a motion requesting a stay of the January 27, 2020 trial setting pending final resolution of the petition for writ of mandamus. The real party in interest filed a response to relator's request for a stay. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for a stay is denied as moot. This court's opinion will issue at a later date.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-24083, styled *In the Matter of the Marriage of Robert David Peoples and Melissa Nicole Peoples*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.